# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

MARTIN W. BRETT AND OTHERS, RESPONDENTS, *v.* THE FIRST UNIVERSALIST SOCIETY OF BROOKLYN, APPELLANT.

All the parties entitled to shares in one debt are properly joined as parties plaintiff in an action brought for its recovery.

APPEAL from a judgment entered on the report of a referee, in an action brought by the Bretts (plaintiffs), as assignees of a part of a claim held by Caleb Barslow against defendants, and Carhart (plaintiff), who held an assignment of the balance of the claim.

*Smith & Woodward*, for appellant. *Wm. P. Richardson*, for respondents.

Opinion by DONOHUE, J.

DAVIS, P. J., and DANIELS, J., concurred.

Judgment affirmed.